# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION ) ) ) | MDL No. 2804 |
| ) | Case No. 1:17:md-2804 |
| THIS DOCUMENT RELATES TO: ) ) | |
| *Phelps County, Missouri* ) *v. Purdue Pharma, LP, et al.,* ) ) | Judge Dan Aaron Polster |
| 1:18-op-46195 ) ) | |

## PLAINTIFF'S NOTICE OF FILING EXECUTED WAIVERS OF SERVICE FOR SHORT-FORM AMENDED COMPLAINT

COMES NOW Plaintiff, by and through undersigned counsel, and gives **Notice of Filing Executed Waivers of Service for Short-Form Amended Complaint** pursuant to Federal Rule of Civil Procedure 4(d), attached as exhibits, against the following Defendants:

1. Amneal Pharmaceuticals LLC
2. McQueary Brothers Drug Company LLC

Dated:   March 26, 2021                    Respectfully submitted,

                                                                         s/Anthony J. Majestro
Anthony J. Majestro (WVSB 5165)
POWELL & MAJESTRO, PLLC
405 Capitol Street, Suite P1200
Charleston, WV  25301
Phone:  304-346-2889
Fax:     304-346-2895
amajestro@powellmajestro.com

## CERTIFICATE OF SERVICE

      I hereby certify that on March 26, 2021, a copy of the foregoing **NOTICE OF FILING EXECUTED WAIVERS OF SERVICE FOR SHORT-FORM AMENDED COMPLAINT** was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

                                                  s/Anthony J. Majestro
                                                  Anthony J. Majestro (WVSB 5165)